| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Catherine E. Youngman<br>Chapter 7 Trustee | **Order Filed on July 12, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>FARHEEN MASOOD,<br><br>                Debtor. | Case No. 17-15468 (KCF)<br><br>Judge: Hon.  Kathryn C. Ferguson<br><br>Chapter:  7<br><br>Hearing Date:  July 11, 2017<br><br>Hearing Time:  10:00 a.m. |

### ORDER EXTENDING THE TIME FOR FILING COMPLAINTS
### OBJECTING TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2017**

                                                  Honorable Kathryn C. Ferguson
                                                  United States Bankruptcy Judge

49680332.v1

(Page 2)
DEBTOR: Farheen Masood
CASE NO: 17-15468 (CMG)

**ORDER EXTENDING THE TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor") seeking the entry of an Order extending the time within which to object to the debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b); and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the time within which to file a complaint objecting to the debtor's discharge by the Chapter 7 Trustee and/or the Office of the United States Trustee is hereby extended through and including August 18, 2017.