| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Catherine E. Youngman<br>Chapter 7 Trustee | **Order Filed on July 12, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>FARHEEN MASOOD,<br><br>             Debtor. | Case No. 17-15468 (KCF)<br><br>Judge: Hon. Kathryn C. Ferguson<br><br>Chapter:  7<br><br>Hearing Date:  July 11, 2017<br><br>Hearing Time:  10:00 a.m. |

### ORDER EXTENDING THE TIME FOR FILING COMPLAINTS
### <u>OBJECTING TO DISCHARGE</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2017**

                                                      Honorable Kathryn C. Ferguson
                                                      United States Bankruptcy Judge

49680332.v1

(Page 2)
DEBTOR:     Farheen Masood
CASE NO:    17-15468 (CMG)

**ORDER EXTENDING THE TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor") seeking the entry of an Order extending the time within which to object to the debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b); and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the time within which to file a complaint objecting to the debtor's discharge by the Chapter 7 Trustee and/or the Office of the United States Trustee is hereby extended through and including August 18, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Farheen Masood  
      Debtor

Case No. 17-15468-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 13, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db         +Farheen Masood,   8 Avery Ct,   Bridgewater, NJ 08807-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:  
      Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
      Catherine E. Youngman    cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
      Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John F. Bracaglia, Jr.    on behalf of Debtor Farheen  Masood brokaw@centraljerseylaw.com  
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                    TOTAL: 5