| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Catherine E.  Youngman<br>Chapter 7 Trustee | **Order Filed on August 7, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>FARHEEN MASOOD,<br><br>　　　　　　　　Debtor. | Case No. 17-15468 (KCF)<br><br>Judge:  Kathryn C. Ferguson<br><br>Chapter:  7 |

| |
|---|
| Recommended Local Form:　　　☒Followed　　　☐Modified |

**ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP**
**AS COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO JUNE 19, 2017**

　　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 7, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kathryn C. Ferguson_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Kathryn C. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

50226969.v1

(Page 2)

In re: Farheen Masood

Case No.: 17-15468 (KCF)

Caption: **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO JUNE 19, 2017**

**APPLICANT: CATHERINE E. YOUNGMAN**

☒Trustee:     ☒Chap. 7     ☐Chap. 11     ☐Chap. 13.

☐Debtor:      ☐Chap. 11    ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL: FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee     ☐Debtor-in-Possession

☐Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.
2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.
3. The effective date of the retention is June 19, 2017.