| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Catherine E.  Youngman<br>Chapter 7 Trustee | **Order Filed on August 7, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>FARHEEN MASOOD,<br><br>                   Debtor. | Case No. 17-15468 (KCF)<br><br>Judge:  Kathryn C. Ferguson<br><br>Chapter:  7 |

| Recommended Local Form: | ☒Followed | ☐Modified |

### ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP
### AS COUNSEL TO THE TRUSTEE *NUNC PRO TUNC* TO JUNE 19, 2017

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 7, 2017**

                                                   Honorable Kathryn C. Ferguson
                                                   United States Bankruptcy Judge

50226969.v1

(Page 2)

In re:       Farheen Masood

Case No.:    17-15468 (KCF)

Caption:     **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS COUNSEL TO TRUSTEE *NUNC PRO TUNC* TO JUNE 19, 2017**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒ Trustee:    ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

**PROFESSIONAL:  FOX ROTHSCHILD LLP**

☒ Attorneys for:

☒ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

---

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is June 19, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Farheen Masood  
       Debtor

Case No. 17-15468-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 07, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.  
db          +Farheen Masood,    8 Avery Ct,    Bridgewater, NJ 08807-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:  
       Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
        NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Catherine E. Youngman    cyoungman@foxrothschild.com,  
        NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       John F. Bracaglia, Jr.    on behalf of Debtor Farheen   Masood brokaw@centraljerseylaw.com  
       Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,  
        cbrown@foxrothschild.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 6