Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Attorneys for Catherine E. Youngman,<br>Chapter 7 Trustee | |
| In Re:<br><br>FARHEEN MASOOD,<br><br>                Debtor. | Case No. 17-15468 (KCF)<br><br>Judge: Hon.  Kathryn C. Ferguson<br><br>Chapter:  7 |

### ORDER EXTENDING THE TIME FOR FILING COMPLAINTS
### <u>OBJECTING TO DISCHARGE</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 14, 2017**

                                                      Honorable Kathryn C. Ferguson
                                                      United States Bankruptcy Judge

50548686.v1

(Page 2)
DEBTOR:     Farheen Masood
CASE NO:    17-15468 (CMG)

**ORDER EXTENDING THE TIME TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor"), by and through her attorneys, Fox Rothschild LLP, seeking the entry of an Order extending the time within which to object to the debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b); and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the time within which to file a complaint objecting to the debtor's discharge by the Chapter 7 Trustee and/or the Office of the United States Trustee is hereby extended through and including November 16, 2017.