| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>mherz@foxrothschild.com<br>Michael R. Herz, Esq.<br>Attorneys for Catherine E. Youngman, Chapter 7 Trustee |
| In Re:<br><br>FARHEEN MASOOD,<br><br>　　　　　　　Debtor. |

Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-15468 (KCF)

Judge: Hon.  Kathryn C. Ferguson

Chapter:  7

## ORDER COMPELLING DEBTOR TO COMPLY WITH RULE 2004 SUBPOENA

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

50579588.v1

(Page 2)
DEBTOR:     Farheen Masood
CASE NO:    17-15468 (CMG)

**ORDER COMPELLING DEBTOR TO COMPLY WITH RULE 2004 SUBPONEA**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor"), by and through her attorneys, Fox Rothschild LLP, seeking the entry of an Order pursuant to Federal Rules of Bankruptcy Procedure 2004(c) and 2005(a) compelling the Debtor to comply with a subpoena (the "Subpoena") issued under Federal Rule of Bankruptcy Procedure 2004; and due notice having been provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 2004(c), the Debtor is directed to produce to the Trustee all documents and information requested in the Subpoena within seven (7) days of the date hereof, and that the Debtor shall appear for examination at the offices of Fox Rothschild LLP, 45 Market Street, Morristown, New Jersey 07652, on a date and time mutually convenient for the Trustee and the Debtor no later than October 13, 2017; and it is further

**ORDERED** that in the event the Debtor fails to timely comply with any of the deadlines set forth in the previous paragraph, the Court, upon the filing of a certification by the Trustee attesting to the Debtor's failure to comply, may, without further hearing, issue an order directing the United States Marshal to apprehend the Debtor and bring her before the Court to address her failure to comply with this Order, at which time the Court will consider imposing appropriate sanctions against the Debtor.