| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>mherz@foxrothschild.com<br>Michael R. Herz, Esq.<br>Attorneys for Catherine E. Youngman,<br>Chapter 7 Trustee | **Order Filed on September 14, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>FARHEEN MASOOD,<br><br>               Debtor. | Case No. 17-15468 (KCF)<br><br>Judge: Hon.  Kathryn C. Ferguson<br><br>Chapter:  7 |

### ORDER COMPELLING DEBTOR TO COMPLY WITH RULE 2004 SUBPOENA

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 14, 2017**

                                                      Honorable Kathryn C. Ferguson
                                                      United States Bankruptcy Judge

50579588.v1

(Page 2)
DEBTOR:     Farheen Masood
CASE NO:    17-15468 (CMG)

**ORDER COMPELLING DEBTOR TO COMPLY WITH RULE 2004 SUBPONEA**

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor"), by and through her attorneys, Fox Rothschild LLP, seeking the entry of an Order pursuant to Federal Rules of Bankruptcy Procedure 2004(c) and 2005(a) compelling the Debtor to comply with a subpoena (the "Subpoena") issued under Federal Rule of Bankruptcy Procedure 2004; and due notice having been provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 2004(c), the Debtor is directed to produce to the Trustee all documents and information requested in the Subpoena within seven (7) days of the date hereof, and that the Debtor shall appear for examination at the offices of Fox Rothschild LLP, 45 Market Street, Morristown, New Jersey 07652, on a date and time mutually convenient for the Trustee and the Debtor no later than October 13, 2017; and it is further

**ORDERED** that in the event the Debtor fails to timely comply with any of the deadlines set forth in the previous paragraph, the Court, upon the filing of a certification by the Trustee attesting to the Debtor's failure to comply, may, without further hearing, issue an order directing the United States Marshal to apprehend the Debtor and bring her before the Court to address her failure to comply with this Order, at which time the Court will consider imposing appropriate sanctions against the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Farheen Masood  
       Debtor

Case No. 17-15468-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 14, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.  
db         +Farheen Masood,   8 Avery Ct,   Bridgewater, NJ 08807-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:  
          Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
          Catherine E. Youngman   cyoungman@foxrothschild.com, NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          John F. Bracaglia, Jr.   on behalf of Debtor Farheen  Masood brokaw@centraljerseylaw.com  
          Michael R. Herz   on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com, cbrown@foxrothschild.com  
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 6