UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

John F. Bracaglia, Jr., Esq.
Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
77 North Bridge Street
Somerville, NJ 08876
(908) 526-0707
Attorneys for Debtor

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FARHEEN MASOOD

Case No.: 17-15468

Hearing Date: 9/26/2017 @ 10:00 a.m.

Judge: Kathryn C. Ferguson

# ORDER PERMITTING WITHDRAWAL OF COUNSEL

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: September 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The within matter having come before the Court upon the motion of Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A., attorneys for debtor, for permission to withdraw as counsel for the debtor, and the Court having reviewed the pleadings submitted, and appearing that due notice has been given and with good cause being shown; it is hereby

ORDERED that Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A., attorneys for debtor, be and hereby is permitted to withdraw as counsel for the debtor in this matter, effective immediately.

bmot.Masood.order.withdraw.8.30.17