UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

John F. Bracaglia, Jr., Esq.
Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
77 North Bridge Street
Somerville, NJ 08876
(908) 526-0707
Attorneys for Debtor

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FARHEEN MASOOD

Case No.:  17-15468

Hearing Date:  9/26/2017 @ 10:00 a.m.

Judge:   Kathryn C. Ferguson

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

The relief set forth on the following pages, numbered two (2) through  2  is hereby **ORDERED**.

**DATED: September 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The within matter having come before the Court upon the motion of Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A., attorneys for debtor, for permission to withdraw as counsel for the debtor, and the Court having reviewed the pleadings submitted, and appearing that due notice has been given and with good cause being shown; it is hereby

ORDERED that Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A., attorneys for debtor, be and hereby is permitted to withdraw as counsel for the debtor in this matter, effective immediately.

bmot.Masood.order.withdraw.8.30.17

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15468-KCF
Farheen Masood                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1          Date Rcvd: Sep 29, 2017
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db             +Farheen Masood,   8 Avery Ct,   Bridgewater, NJ 08807-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
          Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
           2006-NC2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
           cbrown@foxrothschild.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 5