Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−15468−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Farheen Masood
   8 Avery Ct
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−8273

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee, Catherine Youngman.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 10/31/17
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: October 6, 2017
JAN:

                                                            Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Farheen Masood  
    Debtor

Case No. 17-15468-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 06, 2017  
                    Form ID: 170    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
```
db           +Farheen Masood,    8 Avery Ct,    Bridgewater, NJ 08807-2593
516712944    +DEUTSCHE BANK NATIONAL TRUST,    Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road,
               Ste 100,    Mt Laurel, NJ 08054-3437
516732072    +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2017 22:55:39    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2017 22:55:35    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516712942    +E-mail/Text: rwjebn@rwjbh.org Oct 06 2017 22:56:39    Robert Wood Johnson Hospital Somerset,
               110 Rehill Avenue,    Somerville, NJ 08876-2519
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516712943       PSEG
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman     cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series
               2006-NC2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```