|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD, LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>mherz@foxrothschild.com<br>Michael R. Herz, Esq.<br>Attorneys for Catherine E. Youngman,<br>Chapter 7 Trustee | Order Filed on November 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>FARHEEN MASOOD,<br><br>                Debtor. | Case No. 17-15468 (KCF)<br><br>Judge: Hon.  Kathryn C. Ferguson<br><br>Chapter:  7 |

## ORDER DISMISSING CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 1, 2017**

                                                        Honorable Kathryn C. Ferguson
                                                        United States Bankruptcy Judge

51275462.v1

(Page 2)
DEBTOR:     Farheen Masood
CASE NO:    17-15468 (CMG)

### ORDER DISMISSING CASE

**THIS MATTER** having been brought before the Court upon the motion of Catherine E. Youngman, the Chapter 7 trustee for Farheen Masood (the "Debtor"), by and through her attorneys, Fox Rothschild LLP, seeking the entry of an Order dismissing the Debtor's case pursuant to 11 U.S.C. § 707(a) and (b), and for such further relief as the Court deems just and proper; and due notice having been provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is hereby

**ORDERED** that the above-captioned chapter 7 bankruptcy case is here dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Farheen Masood  
       Debtor

Case No. 17-15468-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db         +Farheen Masood,   8 Avery Ct,   Bridgewater, NJ 08807-2593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:

    Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
    Catherine E. Youngman   cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
    Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Michael R. Herz   on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com, cbrown@foxrothschild.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 5