Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–15468–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Farheen Masood
　8 Avery Ct
　Bridgewater, NJ 08807

Social Security No.:
　xxx–xx–8273

Employer's Tax I.D. No.:

---

## FINAL DECREE

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Catherine E. Youngman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 2, 2018</u>　　　　　　　<u>Kathryn C. Ferguson</u>
　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court